# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHY WHITE, | Case No. 2:18-cv-00504-JCM-CWH |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| vs. | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

This matter is before the court on plaintiff Cathy White's failure to comply with the court's order dated May 24, 2018, which required her to file an amended complaint by June 25, 2018. (Screening Order (ECF No. 3).) Plaintiff was advised that failure to file an amended complaint by that date would result in a recommendation that her case be dismissed. (*Id.* at 4.) Plaintiff has not taken any action in this case since the court's order dated May 24, 2018, and therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff Cathy White's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the

1 | right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

3 | DATED: July 18, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge